MARGARETE ARNDT-OBER, Appellant, v. METROPOLITAN OPERA COM-
PANY, Respondent.— Order so far as appealed from affirmed, with ten dollars
costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Page and Merrell, JJ.

MARGARETE ARNDT-OBER, Appellant, v. METROPOLITAN OPERA COMPANY,
Respondent.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY ALICE TIRRELL, Respondent, v. MARTIN LEWIS TIRRELL, Appellant.
— Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTIN M. GRADY, Respondent, v. MICHAEL J. GRADY, Appellant.
(No. 1.) — Order so far as appealed from affirmed, with ten dollars costs
and disbursements. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Page and Merrell, JJ.

In the Matter of the Application of PHELAN ESTATES, INC., a Domestic
Corporation, to Discharge of Record a Judgment against It in the Action of
BROADWAY CENTRAL BANK, Judgment Creditor, Appellant and Respondent,
v. PHELAN ESTATES, INC., Judgment Debtor, Respondent and Appellant.—
Order so far as appealed from affirmed, with ten dollars costs and dis-
bursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling,
Page and Merrell, JJ.

HANNEVIG AND JOHNSEN, INC., Appellant, v. AMERICAN STAR LINE,
INC., Respondent.— Order affirmed, with ten dollars costs and disburse-
ments. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and
Merrell, JJ.

BRADLEY CONTRACTING COMPANY, Appellant, v. THE CITY OF NEW
YORK, Respondent.— Order reversed, with ten dollars costs and disburse-
ments, and motion denied, with ten dollars costs. No opinion. Present —
Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BETTY V. BROWN, Respondent, v. MARK C. TREDENNICK, Appellant.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROBERT H. MUNSON, Respondent, v. RICHMOND LEVERING, Appellant.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL KAIMSKY, Respondent, v. NOTTINGHAM KNITTING COMPANY,
Appellant.— Order reversed, with ten dollars costs and disbursements, and
motion granted, with ten dollars costs. No opinion. Present — Clarke,
P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM A. ZIMMERMAN, Judgment Creditor, Respondent, v. CLARENCE
ISAACS, Judgment Debtor. ABRAHAM GARFUNKEL and Another, Appellants.
— Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NICHOLAS VASSOS, Sometimes Known as " NICK " VASSOS, Appellant,
v. THE POST-STANDARD COMPANY, Respondent.— Order affirmed, with ten
dollars costs and disbursements. No opinion. Present — Clarke, P. J.,
Laughlin, Dowling, Page and Merrell, JJ.